IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TERRI GREENWOOD                                                PLAINTIFF

V.                        CASE NO. 3:16-CV-00155-JTK

CAROLYN W. COLVIN, *Acting Commissioner*
Social Security Administration                                        DEFENDANT

## **ORDER OF DISMISSAL**

Plaintiff, Terri Greenwood, filed a Motion to Dismiss Without Prejudice (DE #6) on August 23, 2016. In the motion, Plaintiff stated that she wished to dismiss this action and proceed with her appeal under Case No. 3:16-CV-00211-PSH. Accordingly, the Court hereby DISMISSES Plaintiff's Complaint without prejudice.

SO ORDERED this 25th day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE