IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TERRI GREENWOOD                                                                               PLAINTIFF

V.                         CASE NO. 3:16-CV-00155-JTK

CAROLYN W. COLVIN, *Acting Commissioner*
Social Security Administration                                       DEFENDANT

## **JUDGMENT**

Pursuant to the Order of Dismissal entered in this case on this date, IT IS CONSIDERED, ORDERED, AND ADJUDGED that Plaintiff's case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED this 25th day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE